# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Austal USA, LLC ) | ASBCA No. 59456 |
| ) | |
| Under Contract No. N00024-08-C-2217 ) | |

APPEARANCE FOR THE APPELLANT:    Brian A. Darst, Esq.
    Odin, Feldman & Pittleman, PC
    Reston, VA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Henry D. Karp, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  9 September 2016

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59456, Appeal of Austal USA, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals